UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cr-00119-SEB-DML |
| | ) | |
| RENALDO LOGAN, | ) -01 | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On May 30, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 22, 2024. [Dkt. 55.] Defendant Logan appeared in person with his appointed counsel Sam Ansell. The Government appeared by Brad Blackington, Assistant United States Attorney. U.S. Probation Office appeared by USPO Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Logan of his rights and provided him with a copy of the petition. Defendant Logan waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Logan admitted to violation number 1. [Dkt. 55.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court, such that violation numbers 2 and 3 dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not commit another federal, state or local crime."** |
| | On February 21, 2024, Mr. Logan was arrested by the Indianapolis Metropolitan Police Department for the offenses of Marijuana-Dealing-30 grams-10 lbs, a Level 6 Felony, and Maintain Common Nuisance-Controlled Substance, a Level 6 Felony. He remains in the Marion County, Indiana, Jail with an initial appearance scheduled for February 26, 2024, under cause number 49D29-2402-MC-005327.[1] |

4. The Parties stipulated that:

   (a) The highest grade of violation is a Grade A violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 24 months of imprisonment.

5. The Parties jointly recommended a sentence of 15 months with no supervised release to follow. Defendant requested placement at a facility closest Terre Haute or Indianapolis, Indiana. The Parties jointly recommended a sentence below the 24 month range applicable upon revocation because of the small quantity of marijuana involved and Defendant's admission of guilt.

6. The Magistrate Judge, having considered the relevant factors in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 15

---

[1] On the record at the hearing, defense counsel and counsel for the Government confirmed that Defendant Logan had pled guilty to the offense of Marijuana-Dealing and that 30 grams of marijuana were involved in the offense. That is the only conduct to which Defendant admitted for purposes of this revocation proceeding.

months with no supervised release. The Magistrate Judge will make a recommendation of placement at a facility closest to Terre Haute or Indianapolis, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

      7.    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/31/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system